AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Yolanda Yvette Boyd; Louvenia Rogers<br>*Plaintiff*<br>v.<br>Mary Geiger Lewis; Elizabeth Jean Howard; Robert F. Woods, Jr.l William N. Nettles<br>*Defendant* | Civil Action No.    7:21-cv-893-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: The action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

**X** decided by the Honorable   Timothy M. Cain

Date:   September 8, 2021

*CLERK OF COURT*

s/Kathy Rich, Deputy Clerk

*Signature of Clerk or Deputy Clerk*